[Dordsta] [ORDER SCHEDULING TRIAL]

ORDERED.

**Dated: February 7, 2017**

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:16–bk–05960–CPM |
| Richard Emil Metz | Chapter 13 |
| _____Debtor*_____/ | |
| James S. Moncrieff | |
| and Sue Moncrieff | |
| Plaintiff* | |
| | Adv. Pro. No. 8:16–ap–00693–CPM |
| vs. | |
| Richard Emil Metz Jr. | |
| _____Defendant*_____/ | |

ORDER SCHEDULING TRIAL

The trial in this proceeding will be held on August 23, 2017 at 09:30 AM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, with an estimated duration of two and one–half (2 1/2) days, before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge. Accordingly, it is

**ORDERED:**

1. Parties shall comply with all requirements of Local Rules 7001–1 and 9070–1 and Administrative Order FLMB–2015–6 concerning Exhibits.

2. Fed. R. Civ. P. 26(a)(3) shall govern pretrial disclosure regarding witnesses and use of depositions. Parties shall file and exchange names, telephone numbers, and addresses for witnesses, and any designations of depositions at least 28 days before trial. Objections to the use of depositions shall be filed within 14 days of the disclosure.

3. Parties shall prepare exhibits in compliance with Local Rule 9070–1 and Administrative Order 2015–6 and shall exchange exhibits no later than seven days before the date set for trial.

4. If a party intends to rely upon the self–authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party shall file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

5. As a condition of using expert testimony at trial, parties must comply with Fed. R. Civ. P. 26(a)(2) no later than 28 days before trial.

6. Parties shall complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

7. Counsel for all parties shall first confer within seven days prior to the trial and seek in good faith to settle the case.

8. Additional deadlines: None

<u>Avoid Delays.</u> You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.