[jiffyorda] [Bench Order AP +]

ORDERED.

Dated: February 06, 2017

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
Richard Emil Metz

Case No. 8:16−bk−05960−CPM  
Chapter 13

_____Debtor*_____/

James S. Moncrieff

Plaintiff*

Adv. Pro. No. 8:16−ap−00693−CPM

vs.

Richard Emil Metz Jr.

_____Defendant*_____/

### ORDER GRANTING ORE TENUS MOTION TO AMEND THE COMPLAINT

   THIS CASE came on for hearing on February 6, 2017, for consideration of the **Ore Tenus Motion to Amend the Complaint** (Doc. **n/a**), filed by **the Plaintiff**.

   For the reasons stated orally and recorded in open court, the Ore Tenus Motion to Amend the Complaint is Granted.

   The Plaintiff shall have 7 days from the entry of this order to file an amended complaint.

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   Attorney Brad Kelsky is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

   Approved for entry.

   *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.